*James G. Martin* for petitioners. *Messrs. Braden Vandeventer* and *J. W. Eggleston* for respondent.

No. 914. STEVENS, RECEIVER, *v.* COMPANIA PETROLERA CAPUCHINAS ET AL. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Francis L. Kohlman, Martin Conboy,* and *Saul J. Lance* for petitioner. *Mr. Wm. M. Chadbourne* for respondents.

No. 915. LEE, EXECUTRIX, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. May 31, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. John E. Laskey* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Hayner N. Larson,* and *Wilbur H. Friedman* for respondent.

No. 917. ILLINOIS TERMINAL CO. *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Adrian C. Humphreys* and *Newton K. Fox* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Joseph H. Sheppard, Bradley B. Gilman,* and *W. Marvin Smith* for the United States.

No. 918. SCHUETTE *v.* ANDERSON, COLLECTOR OF INTERNAL REVENUE. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Gerald Donovan* for petitioner.

564

*Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *F. Edward Mitchell* for respondent. 

No. 919. CHESAPEAKE & OHIO RY. Co. *v.* THOMAS. May 31, 1932. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. C. W. Strickling* for petitioner. *Mr. A. A. Lilly* for respondent. 

No. 925. UNITED STATES *v.* FLENSBURGER DAMPFER-COMPAGNIE. May 31, 1932. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Thacher* for the United States. *Messrs. Maxwell C. Katz, Otto C. Sommerich,* and *Edwin M. Borchard* for respondent. 

No. 927. ERLANGER TREMONT THEATRE CORP. *v.* ELLS-MORE. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Romney Spring* for petitioner. *Mr. George R. Farnum* for respondent. 

No. 931. DAVIS *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. J. Berne* for petitioner. *Solicitor General Thacher,* and *Messrs. John S. Pratt, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for the United States. 

No. 933. EASTERDAY ET AL. *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court